## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Robert  Ray Owens Jr.
                    **Debtor(s)**

**BK NO. 20-03201 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

      Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
16 Nov 2020, 15:07:24, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: 7ecee6a0f83f39d63ad954fab795ddc5347a87686971a1aa0a28209663c72fcf