# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Robert Ray Owens Jr., | Chapter 13 |
| **Debtor 1** | Case No. 1:20–bk–03201–HWV |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on October 30, 2020. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: February 11, 2021

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert Ray Owens, Jr.<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:20-BK-03201-HWV<br><br>**Matter:** Order Confirming Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, February 12, 2021, I served a true and correct copy of the **Order Confirming Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-1
Case 1:20-bk-03201-HWV
Middle District of Pennsylvania
Harrisburg
Fri Feb 12 09:13:12 EST 2021

Aberdeen Proving Ground Federal Credit Union
c/o Silverman Theologou, LLP
11200 Rockville Pike, Suite 520
North Bethesda, MD 20852-7105

Aberdeen Proving Grounds FCU
PO Box 1176
Aberdeen, MD 21001-6176

CBNA / The Home Depot
PO Box 6497
Sioux Falls, SD 57117-6497

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

(p)PERI GARITE
ATTN CARD WORKS
101 CROSSWAYS PARK DR W
WOODBURY NY 11797-2020

First National Bank of Omaha
PO Box 2490
Omaha, NE 68103-2490

Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037-9764

Freedom Mortgage Corporation
PO Box 489
Mount Laurel, NJ 08054-0489

LendingClub Corporation
595 Market Street
Suite 200
San Francisco, CA 94105-2807

LendingClub Corporation
71 Stevenson Street, Suite 300
San Francisco, CA 94105-2985

Members 1st Federal Credit Union
5000 Louise Drive
PO Box 40
Mechanicsburg, PA 17055-0040

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706

Robert Ray Owens Jr.
1150 Nugent Way
York, PA 17402-7647

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Performance Finance
10509 Professional Circle South
Reno, NV 89521-5864

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106-1541

Synchrony Bank
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Synchrony Bank / Amazon
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

TD Bank USA / Samsung
PO Box 731
Mahwah, NJ 07430-0731

TD Retail Card Services
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Wayfinder BK as agent for Performance Financ
PO Box 64090
Tucson, AZ 85728-4090

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First National Bank of Omaha<br>1620 Dodge Street, Stop Code 3129<br>Omaha, Nebraska 68197 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FREEDOM MORTGAGE CORPORATION | (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (u)Tesla |

End of Label Matrix
Mailable recipients    25
Bypassed recipients     3
Total                  28