UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:
ROBERT RAY OWENS, JR
          DEBTOR

CASE NO. 1:20-bk-03201-HWV
CHAPTER 13

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:                              FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:   04/29/2024

OLD NOTICE ADDRESS:         10500 Kincaid Drive, Suite 300
                                        Fishers, IN 46037-9764

NEW NOTICE ADDRESS:        11988 Exit 5 Parkway, Building 4
                                        Fishers, IN 46037-7939

OLD PAYMENT ADDRESS:     10500 Kincaid Drive, Suite 300
                                        Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:    11988 Exit 5 Parkway, Building 4
                                        Fishers, IN 46037-7939

Dated: September 18, 2024

                                                              */s/Lorri Beltz*
                                                              Lorri Beltz, Vice President, Default
                                                              Freedom Mortgage Corporation
                                                              11988 Exit 5 Parkway, Building 4
                                                              Fishers, IN 46037-7939
                                                              Telephone: (855) 690-5900

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:
ROBERT RAY OWENS, JR
          DEBTOR

CASE NO. 1:20-bk-03201-HWV
CHAPTER 13

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

<u>Via First Class Mail:</u>

PAUL DONALD MURPHY-AHLES
DETHLEFS PYKOSH & MURPHY
2132 Market St
Camp Hill PA 17011-4706
*Counsel for Debtor*

JACK N ZAHAROPOULOS
8125 Adams Dr Ste A
Hummelstown PA 17036-8625
*Chapter 13 Trustee*

ROBERT RAY OWENS, JR
1150 Nugent Way
York PA 17402-7647
*Debtor*

<u>This 18th Day of September, 2024</u>

    */s/Lorri Beltz*
Lorri Beltz, Vice President, Default
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-7939
Telephone: (855) 690-5900