**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Robert Ray Owens, Jr.<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:20-BK-03201-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

## MOTION FOR TERMINATION OF WAGE ATTACHMENT ORDER

AND NOW, come the Debtor(s), Robert Ray Owens, Jr., through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion for Termination of Wage Attachment Order and aver as follows:

1) Debtor(s) filed a Chapter 13 Petition on or about October 30, 2020.

2) Debtor 1 receives regular income from employment with American Sugar Refining which has been attached under 11 U.S.C. §1326 to fund Debtor(s)' Chapter 13 Plan.

3) Debtor 1 wishes to terminate this wage attachment as all plan payments are complete.

WHEREFORE, Debtor(s) respectfully requests that this Court enter an Order directing the above-mentioned employer to cease immediately this wage attachment to the Standing Chapter 13 Trustee.

Respectfully submitted,

Date: November 19, 2025　　　　　　　　　　/s/ Robert Ray Owens, Jr.

Debtor 1

**DETHLEFS PYKOSH & MURPHY**

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Ray Owens, Jr.
**Debtor 1**

**Chapter** 13

**Case No.** 1:20-BK-03201-HWV

**Matter:** Motion for Termination of Wage Attachment Order

**ORDER OF COURT**

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1 receives income should immediately cease the wage attachment in the amount of **$40.15** from each **weekly** paycheck.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Robert Ray Owens, Jr.<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:20-BK-03201-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, November 19, 2025, I served a true and correct copy of the **Debtor(s)' Motion for Termination of Wage Attachment Order and proposed Order** in this proceeding upon the following:

<u>Via USPS First Class Mail</u>
American Sugar Refining
Attn: Payroll Department
1 North Clematis Street, Suite 200
West Palm Beach, FL 33401

<u>Via Electronic Means</u>
Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Sylvia H. Rambo US Courthouse
1501 North Sixth Street, 3rd Floor
Harrisburg, PA 17102

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire