United States Bankruptcy Court

Middle District of Pennsylvania

In re:
Case No. 20-03201-HWV

Robert Ray Owens, Jr.
Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1
User: AutoDocke
Page 1 of 1

Date Rcvd: Nov 19, 2025
Form ID: pdf010
Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

**Recip ID**                 **Recipient Name and Address**
  + American Sugar Refining, Attn: Payroll Department, 1 North Clematis Street, Suite 200, West Palm Beach, FL 33401-5551

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025
Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2025 at the address(es) listed below:**

**Name**               **Email Address**

Denise E. Carlon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    ecf_pahu_alt@trustee13.com

Mario J. Hanyon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
    mario.hanyon@brockandscott.com

Paul Donald Murphy-Ahles
    on behalf of Debtor 1 Robert Ray Owens  Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com,rreynolds@dplglaw.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Ray Owens, Jr.
     **Debtor 1**

**Chapter** 13

**Case No.** 1:20-BK-03201-HWV

**Matter:** Motion for Termination of Wage Attachment Order

## ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1 receives income should immediately cease the wage attachment in the amount of **$40.15** from each **weekly** paycheck.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 19, 2025