| Fill in this information to identify the case: |
| --- |
| Debtor 1  ROBERT RAY OWENS, JR |
| Debtor 2<br>(Spouse, if filing) |
| United States Bankruptcy Court for the: Middle District of Pennsylvania |
| Case number 1:20-bk-03201-HWV |

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of claim holder:** Freedom Mortgage Corporation

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 8298

**Property address:** 1150 NUGENT WAY
Number  Street
York, PA 17402
City     State    ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $13.76.

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this notice:     $ _____.

☒ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this notice: $ _____.

## Part 3: Postpetition Payment

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: ____/____/____.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

    i. Date last payment was received on the mortgage:     12/09/25

    ii. Date next postpetition payment from the debtor is due:     01/01/26

| | | |
|---|---|---|
| iii. | Amount of the next postpetition payment that is due: | $2,205.29 |
| iv. | Unpaid principal balance of the loan: | $232,357.39 |
| v. | Additional amounts due for any deferred or accrued interest: | $0.00 |
| vi. | Balance of the escrow account: | $4,449.43 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $852.04* |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $650.00* |

*Payoff statement reflects an additional items due balance of $650.00 because loan adjustments are still in progress. The fees/costs in the amount of $650.00 are in the process of being cured from suspense. The debtor is not responsible for any fees or costs at this time. Once loan adjustments are completed, suspense will be $202.04 and fees/costs unpaid will be $0.00.

## Part 4: Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it.  Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Mario Hanyon　　　　　　　　　　　　　　　Date  12/16/2025
　Signature

Name　　Mario Hanyon
　　　　First Name　　Middle Name　　Last Name

Title　　Attorney for Creditor

Company　　Brock & Scott, PLLC
　　　　If different from the notice address listed on the proof of claim to which this response applies.

Address　　3825 Forrestgate Dr.
　　　　Number　　　Street

　　　　Winston-Salem, NC 27103
　　　　City　　　　　State　　ZIP Code

Contact phone　844-856-6646　Email PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>ROBERT RAY OWENS, JR<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>ROBERT RAY OWENS, JR ,<br>    Debtor | Case No. 1:20-bk-03201-HWV<br>Chapter 13 |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Trustee's Notice of Disbursements Made has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Paul Donald Murphy-Ahles, Debtor's Attorney
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011
pmurphy@dplglaw.com

Jack N. Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

Via First Class Mail:

Robert Ray Owens, Jr
1150 Nugent Way
York, PA 17402

Date: <u>December 16, 2025</u>

<u>*/s/Mario Hanyon*</u>
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com


PO Box 50485, Indianapolis, IN 46250-0485

INTERNAL USE ONLY

December 16, 2025

ROBERT OWENS JR
1150 NUGENT WAY
YORK          PA 17402

## PAYOFF STATEMENT

Freedom Mortgage Corporation  
Customer Care Team  
Date: December 16, 2025

Payoff Request Date: December 16, 2025  
Payoff Statement Sent by

Loan Number:  
Borrower:    ROBERT OWENS JR

Next Payment Due Date: January 1, 2026

Collateral:    1150 NUGENT WAY
               YORK          PA 17402

Loan Type:    VA

**Payoff Quote Good Through January 15, 2026**

The accrued interest shown below is projected through January 15, 2026. After that date, please add an additional $20.69 per day.

| Please send the following Remittance: | |
|---|---|
| Current Unpaid Principal | $232,357.39 |
| Accrued Interest | $918.95 |
| Prepayment Penalty | $ 0.00 |
| Escrow/Impound Required | $ 0.00 |
| Mortgage Insurance Premium Due | $ 0.00 |
| Less Escrow/Impound Funds | ($ 0.00) |
| Less Unapplied Funds Balance | ($ 0.00) |
| Payoff Statement Fee | $ 0.00 |
| Unpaid Late Charges | $ 0.00 |
| Recording Fee | $58.75 |
| Release Fee | $ 0.00 |
| Additional Items Due | $650.00 |
| Deferred Balance | $ 0.00 |
| Optional Insurance | $ 0.00 |
| Subsidy/Buydown | $ 0.00 |
| Total MRA Funds Due | $ 0.00 |


PO Box 50485, Indianapolis, IN 46250-0485

# INTERNAL USE ONLY

| **TOTAL PAYOFF DUE:** | $233,985.09 |
|---|---|

Although this payoff quote is good through the date shown above, additional fees may accrue. For example, if we do not receive the funds and the grace period for your next payment(s) expires, a late charge may also be assessed.

A "deferred balance" may include items such as deferred principal balance, late charges, escrow advances, expense advances and administrative fees.

The current escrow balance is $4,449.43. Any escrow payments scheduled to disburse prior to the payoff expiration date will be deducted from the total escrow balance. If the scheduled disbursement creates a negative balance in the escrow account, these funds will appear as an escrow advance and included in the total payoff due. Available escrow funds will be returned to the borrower within 14 business days from the date the loan is paid in full.

*When applicable, any escrow funds credited toward the total payoff will not be returned.*

The information shown on this statement is subject to change. To ensure that you are submitting sufficient funds to pay your account in full, please contact our Customer Care Team for updated figures prior to remitting payoff funds. If your loan is referred to foreclosure this payoff statement will no longer be valid, therefore, a new payoff statement will need to be requested.

## WHERE TO SUBMIT PAYOFF FUNDS

**WIRE TRANSFER**
Freedom Mortgage Corporation
Reference: Payoff/Payment Department
KeyBank, 127 Public Square, Cleveland, OH
ABA: ███████
Bank Account: ███████
Borrower Name: ROBERT OWENS JR
Loan Number: ███████

**OVERNIGHT DELIVERIES OF PAYMENTS**
Freedom Mortgage Corporation
ATTN: Payoff Department
11988 Exit 5 Pkwy Bldg 4
Fishers, IN 46037-7939

*Please note that Freedom Mortgage Corporation ("Freedom Mortgage") requires payoffs to be received in the form of certified funds. Personal checks will not be accepted. Additionally, Freedom Mortgage will only accept funds to pay off the account in full. Payoff funds received that are not sufficient to pay the loan account in full will be returned.*

*Incoming wire transfers received by 4PM Eastern Time will be credited the same day. Wires received after that time will be processed on the next business day. Please ensure that all payoff funds submitted include the borrower's name and loan number.*

**WARNING! WIRE FRAUD ADVISORY:** Wire fraud and email hacking/phishing attacks are on the increase! We encourage you and/or your authorized 3rd party to visit our website to confirm our payoff wiring instructions or you may visit www.freedommortgage.com/payoff. Freedom Mortgage will not be responsible for any other method of payoff validation.

Customer Care representatives are available to assist you at 855-690-5900 Monday through Friday from 8:00 AM–8:00 PM and Saturday from 9:00 AM–2:00 PM Eastern Time.


PO Box 50485, Indianapolis, IN 46250-0485

# INTERNAL USE ONLY

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**